IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>NICHOLAS J. FRANKS,<br><br>                 Defendant. | **8:22CR6**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, Nicholas J. Franks (Filing No. 22). Seth W. Morris has filed an entry of appearance as retained counsel for Nicholas J. Franks. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 22) will be granted.

Karen M. Shanahan shall forthwith provide Seth W. Morris any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to Nicholas J. Franks' defense.

The clerk shall provide a copy of this order to Seth W. Morris.

Dated this 15th day of March, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge